Yitzchak Zelman, Esq.
Arizona Bar Number: 5086509
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone:      (732) 695-3282
Fax:         (732)298-6256
Email:      yzelman@marcuszelman.com
*Attorney for Plaintiff Patricia Hubbard*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Patricia Hubbard,** | **Civil Case Number:** |
| **Plaintiff,** | **2:24-cv-00237-JJT** |
| -against- | **NOTICE OF MOTION** |
| **Zions Debt Holdings, LLC,** | |
| **Defendant.** | |

PLEASE TAKE NOTICE that the undersigned attorney for Plaintiff, Patricia Hubbard, hereby moves, at a date and time to be set by the Court, before the Honorable John J. Tuchi, for an Order granting Plaintiff's Motion for Default Judgment in this action.

PLEASE TAKE FURTHER NOTICE that Plaintiff shall rely upon the accompanying Memorandum in Support of the Motion for Default Judgment, as well as the attached Declarations of Yitzchak Zelman, Esq and Patricia Hubbard.

1

Dated: April 9, 2024

          MARCUS & ZELMAN, LLC

          By:__/s/ Yitzchak Zelman
          Yitzchak Zelman, Esq.
          Marcus Zelman, LLC.
          701 Cookman Avenue, Suite 300
          Asbury Park, New Jersey 07712
          Phone:     (732) 695-3282
          *Attorney for Plaintiff,*
          *Patricia Hubbard*