IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Patricia Hubbard,<br><br>                          Plaintiff,<br><br>                 -against-<br><br>Zions Debt Holdings, LLC,<br><br>                         Defendant. | Civil Case Number:<br>2:24-cv-00237-JJT<br><br>**<u>DECLARATION</u>** |
|---|---|

**DECLARATION OF PLAINTIFF PATRICIA HUBBARD IN SUPPORT OF HER MOTION FOR DEFAULT JUDGMENT**

    I, Patricia Hubbard, hereby affirm, that if called to testify in this case, I would plead as follows:

1. I am the named Plaintiff in this matter, and make this Declaration based upon my own personal knowledge.

2. I submit this declaration in support of my Motion for Default Judgment.

1

3. I do not owe any money to Zions Debt Holdings or its client Dynamic Security & Sound, LLC, which was my former alarm company.

4. I certainly don't owe $341.41 in 'interest' charges, or an additional $60 of late charges.

5. When I received the collection letter from Zions seeking all of this money, I became frantic, worried and anxious about what would happen if I didn't take the offer to 'settle' for $500.  I am 86 years old and living on a fixed income and any money that this debt collector was going to take from me was going to bite into the funds I need for my daily living expenses.  This kept me up at night and caused me to lose sleep, and I got so nervous that I reached out to a lawyer to help me.

6. This is also now on my credit report and has hurt my credit.

7. I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated:      April 8, 2024

*Patricia C. Hubbard*
Patricia C. Hubbard (Apr 8, 2024 10:37 PDT)
PATRICIA HUBBARD

# Declaration of Patricia Hubbard - Default Judgment

Final Audit Report                                                                                              2024-04-08

| | |
|---|---|
| Created: | 2024-04-08 |
| By: | Yitzchak Zelman (yzelman@marcuszelman.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAF8QbEPJN-Km7KvoR2GXmuUiEZyvroi1s |

## "Declaration of Patricia Hubbard - Default Judgment" History

- Document created by Yitzchak Zelman (yzelman@marcuszelman.com)
  2024-04-08 - 5:31:41 PM GMT- IP address: 70.23.15.142

- Document emailed to hubbardaz@gmail.com for signature
  2024-04-08 - 5:32:03 PM GMT

- Email viewed by hubbardaz@gmail.com
  2024-04-08 - 5:32:55 PM GMT- IP address: 72.212.92.166

- Signer hubbardaz@gmail.com entered name at signing as Patricia C. Hubbard
  2024-04-08 - 5:37:21 PM GMT- IP address: 72.212.92.166

- Document e-signed by Patricia C. Hubbard (hubbardaz@gmail.com)
  Signature Date: 2024-04-08 - 5:37:23 PM GMT - Time Source: server- IP address: 72.212.92.166

- Agreement completed.
  2024-04-08 - 5:37:23 PM GMT

Adobe Acrobat Sign