1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Yitzchak Zelman, Esq.
Arizona Bar Number: 5086509
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone:        (732) 695-3282
Fax:            (732)298-6256
Email:         yzelman@marcuszelman.com
*Attorney for Plaintiff Patricia Hubbard*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Patricia Hubbard,** | **Civil Case Number:** |
| **Plaintiff,** | **2:24-cv-00237-JJT** |
| **-against-** | **DECLARATION** |
| **Zions Debt Holdings, LLC,** | |
| **Defendant.** | |

**DECLARATION OF YITZCHAK ZELMAN, ESQ. IN
SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF A
DEFAULT JUDGMENT**

Yitzchak Zelman, duly declares pursuant to 28 USC § 1746:

1.  I am an attorney admitted to practice in this District and represent

    the Plaintiff in this action.

2.  I submit this Declaration in support of Plaintiff's Motion for Default

    Judgment.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3.  I am lead counsel to the Plaintiff in this matter.

4.  I graduated from the Benjamin N. Cardozo School of Law in 2012.

5.  I am an attorney licensed to practice by the State of New Jersey since 2012, where I have practiced ever since admission.  I have since gained admission to the state bars of New York, Arizona and California as well.

6.  I have continuously practiced consumer protection law in the Federal Courts since becoming licensed to practice law in New Jersey.  I have appeared in consumer law matters in federal courts across the country, including in district courts throughout New York, New Jersey, Pennsylvania, Washington, Illinois, Texas, Idaho, California, Arizona, Indiana, Florida, Alabama, Michigan, Georgia, Connecticut, Iowa, Nevada, Kentucky, Ohio, Louisiana, North and South Carolina, Arkansas, Oregon, Missouri, Colorado and Tennessee, as well as in the Second, Third, Ninth and Eleventh Circuit Courts of Appeals.

7.  Mr. Marcus and I founded the law firm of Marcus & Zelman, LLC ("the Firm") in June, 2015.

8.  Since that time, Marcus & Zelman, LLC has recovered tens of millions of dollars on behalf of consumers who had been victimized by abusive and deceptive collection practices as well as individuals

whose consumers rights had been violated.  The Firm has also been

regularly appointed as class counsel in consumer class actions,

including in

i. *Rocke v. Monarch Recovery Mgmt., Inc.*, No. 1:20-CV-11736-RWZ,  [Docket 81] (D. Mass. May 11, 2023)(FDCPA class case).

ii. *Lenorowitz v. Mosquito Squad of Fairfield & Westchester Cnty.*, No. 3:20- CV-01922 (JBA), 2022 WL 4367596 (D. Conn. Sept. 21, 2022).

iii. *Town & Country Jewelers, LLC v. Meadowbrook Insurance Group, Inc.*, Case No. 3:15-cv-02519-PGS-LHG (D.N.J. 2017)($1,500,000.00 TCPA Class).

iv. *Willis and Shvarts v. iHeartMedia, Inc.*¸ Case No. 16-CH-02455  (Cook County, Illinios) ($8,500,000.00 TCPA Class).

v. *Manopla v. Home Depot*, 3:15-cv-01120 (D.N.J.) ($4,350,000.00 TCPA Class).

vi. *Richardson v.  Verde Energy,* 5:15-cv-06325-WB(E.D.Pa. 2020)($3,000,000 TCPA Class).

vii. *Sussino v. Work out World*, No. 3:15-cv-05881 (DNJ 2019)(TCPA Class, currently stayed).

viii. *Steve Ann Muir vs. Early Warning Service*, 2:16-cv-00521 (D.N.J.)

ix. *Rodriguez v. AllianceOne*, Civil Case No. 2:15-cv-01224 (RAJ) (WD Wa.)

x. *Foerster v. First Collect*, Civil Case No. 1:17-cv-01338-JEJ (D.Delaware).

xi. *Encarnacion v. Fin. Corp. of Am.*, No. 2:17-CV-566-FTM-38CM, 2018 WL 6250944 (M.D. Fla. Nov. 14, 2018)(FDCPA class).

xii. *Bereket v. Portfolio Recovery Assocs., LLC*, No. C17-812 RSM, 2018 WL 6266606, at *5 (W.D. Wash. Nov. 30, 2018) (FDCPA class).

xiii. *Beneli v. BCA Financial Services, Inc.*, Case No. 3:16-cv-02737-FLW- LHG (DNJ 2018) (FDCPA class).

3

xiv. *Pollak v. Portfolio Recovery Assocs., LLC*, No. CV 15-4025-BRM-DEA, 2018 WL 466241 (D.N.J. Jan. 17, 2018) (FDCPA class).

xv. *Tiernan v. G&R Collections*, 3:16-cv-02602 (M.D.TN 2018) (FDCPA class).

xvi. *Willemsen v. Professional Recovery Services, Inc.*, Civil Case No. 1:14cv6421 (D.N.J. 2016)

xvii. *Krady v. A-1 Collection Agency, LLC*, Civil Case No. 3:14cv7062 (D.N.J. 2016)

xviii. *Truglio v. CBE Group*, Civil Case No. 3:15-cv-03813 (D.N.J. 2017)

xix. *Hartman v. Medicredit, Inc.*, 2:15-cv-01596 (W.D. Pa. 2017)

xx. *O'Brien v. Waldman & Kaplan, PA*, Case No. 3:15-cv-07429-BRM-LHG (D.N.J. 2017)

xxi. *Dinaples v. MRS BPO, LLC*, Case No. 2:15-cv-01435 (W.D. Pa. 2017)

xxii. *Hartman v. Monarch Recovery Management, Inc.* Case No. 2:15-cv-01364- CB (W.D. Pa. 2017)

xxiii. *Etienne v. Reliant Capital Solutions, LLC*, Case No. 1:16-cv-02359-WFK- JO (E.D.N.Y. 2017) (FDCPA class).

xxiv. *Jackson v. RMB, Inc.* Civil Case No. 2:14cv2205-MF (D.N.J. 2015).

xxv. *Barenbaum v. Hayt, Hayt & Landau, LLC,* No. CV 18-4120, 2019 WL 4305761, at *13 (E.D. Pa. Sept. 10, 2019) (FDCPA class).

xxvi. *Nieves v. A&J Collection Agency, Inc.*, No. CV 3:18-cv-17284-DEA (D.N.J. Nov. 15, 2019) (FDCPA class).

xxvii. *Kassin v. AR Resources, Inc.,* No. CV 16-4171 (FLW), 2018 WL 6567703 (D.N.J. Dec. 13, 2018) (FDCPA class).

xxviii. *Reid v. Asset Recovery Solutions, LLC*, 1:17-cv-02095-AT (N.D. Ga February 19, 2020).

xxix. *Kaykov v. Coast Professional, Inc.*, 1:18-cv-06442-KAM-RLM (E.D.N.Y. Jan. 28, 2020).

xxx. *Huber v. Simon's Agency, Inc.*, No. CV 2:19-01424, 2021 WL 5758938, at *2 (E.D. Pa. Dec. 3, 2021)(FDCPA class).

4

9. My regular and ordinary hourly rate is $450.00 per hour, which has been my rate for at least the past year. I do have clients who pay me for my work on an hourly basis, and who pay me this hourly rate, or more, for my work.

10. Attorneys with my skill, background and acumen in regularly charge between $350 to over $550 per hour.

11. As can be seen from the 2015-2016 United States Consumer Law Attorney Fee Survey Report,[1] consumer lawyers in New Jersey on average charge $497.00 per hour, with a median rate of $450.00 per hour.[2] Consumer lawyers in Trenton (the closest listed metropolitan area to our office in Asbury Park), on average, charge $600.00 per hour, with a median rate of $675.00 per hour.[3]

12. As set forth above, I have been practicing in New Jersey since 2012, twelve years ago. When adjusting for amount of years in practice,

---

[1] Numerous courts have considered the 2015-2016 Survey Report in weighing the reasonableness of the attorneys' fees sought. *See e.g., U.S. Postal Service Federal Credit Union Plaintiff, v. Edwin,* No. 1:16-CV-00071, 2018 WL 1077291, at *4, fn 6 (D.V.I. Feb. 27, 2018); *Green v. Momentum Motor Grp., LLC,* No. 0:17-CV-01449-CMC, 2018 WL 259091, at *2 (D.S.C. Jan. 2, 2018); *Firneno v. Radner Law Grp., PLLC,* No. 2:13-CV-10135, 2017 WL 3675613, at *1 (E.D. Mich. Aug. 25, 2017); *Alvarado v. Featured Mediation, LLC,* No. 8:16-CV-3259-T-30JSS, 2017 WL 2480606, at *2 (M.D. Fla. June 8, 2017).
[2] *See,* https://www.nclc.org/images/pdf/litigation/tools/atty-fee-survey-2015-2016.pdf, page 106, last visited on April 9, 2024. The Survey itself is not attached here, as it is 418 pages.
[3] *See id.,* at page 287.

consumer attorneys in Trenton who have been practicing for 11-15 years charge, on average, $675.00 an hour.[4]

13. My requested hourly rates are also squarely on point with that charged by consumer attorneys in Phoenix with similar years of experience.[5]

14. I was recently awarded this hourly rate in *Kapllani v. Metcalf et al,* 1:23-cv-10107-AK [Docket 42](D. Mass. July 19, 2023), as well as in *Espinosa v. Andrew C. Metcalf et al,* 1:21-cv-10356-DJC [Docket 123] (D. Mass. October 5, 2023) ("the Court concludes that $450/hour is a reasonable hourly rate for both Attorneys Zelman and Crick"), both of which were consumer rights cases like this one.

15. The undersigned was also awarded $450.00 per hour two years ago, in *Barenbaum v. Hayt, Hayt & Landau, LLC*, No. CV 18-4120, 2021 WL 120925, at *6 (E.D. Pa. Jan. 13, 2021); $425 per hour three years ago in *Martin v. Receivable Management Systems, Inc.*, 1:18-cv-09359-RMB-KMW [Docket 24] (D.N.J. January 7, 2020), $425 per hour three years ago in *Manopla v. Home Depot*, 3:15-cv-01120-PGS-TJB [Docket 107] (D.N.J. Feb. 24, 2020); and $425.00 per hour four

---

[4] *See id.,* at page 286, 288.

[5] *See id.,* at page 191, reflecting an average hourly rate of $450 per hour charged for attorneys between 11-15 years of practice.

years ago in *Pollak v. Portfolio Recovery Associates, LLC*, 3:15- cv-04025-BRM-DEA [Docket 88] (D.N.J. Sept. 4, 2019).

16. Because of my extensive litigation and trial expertise in the consumer protection field, I am frequently retained by local counsel, to assist in litigating these types of consumer cases. I have taken these cases to jury trials, arbitration and on appeal.

17. My office spent 14.7 hours working on this case ever since we were hired by Ms. Hubbard back in June of 2023.

18. My firm further incurred $495 in necessary costs, namely the $405 filing fee and $90 for service of process.

19. I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated: April 9, 2024

MARCUS & ZELMAN, LLC

By: __/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Marcus Zelman, LLC.
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone:      (732) 695-3282
yzelman@marcuszelman.com
*Attorney for Plaintiff,*
*Patricia Hubbard*