Marcus & Zelman LLC
7326953282

701 Cookman Avenue,
Suite 300
Asbury Park, New Jersey
07712
USA

**Amount Due**
$7,110.00

**Billed To**
Patricia Hubbard
Anthem, Arizona

**Matter**
Patricia Hubbard v Zions Debts Holdings, LLC

**Invoice Number**
00062

**Date of Issue**
04/09/2024

**Due Date**
05/09/2024

## Time Entries

| Date | Description | Hourly Rate | Qty | Line Total |
|---|---|---|---|---|
| 06/23/2023 | Legal Fee: New client intake.  Pulled and reviewed credit reports from all three bureaus to determine if debt was reported.  Put together representation agreement and signed up client. | $450.00 | 1.8 | $810.00 |
| 06/28/2023 | Legal Fee: Looked over files provided by client including contract and cancellation notice. | $450.00 | 0.6 | $270.00 |
| 07/23/2023 | Legal Fee: Reviewed dispute letters prepared by Ari for client and approved for sending to client for mailing to credit reporting agencies | $450.00 | 0.2 | $90.00 |
| 11/16/2023 | Legal Fee: Reviewed responses from credit reporting agencies in response to our dispute letters. | $450.00 | 0.5 | $225.00 |
| 02/05/2024 | Legal Fee: Reviewed case to make sure ready for filing.  Drafted FDCPA Complaint for filing.  Prepared Summons and Civil Cover Sheet, filed same. | $450.00 | 1.9 | $855.00 |
| 02/05/2024 | Legal Fee: Reviewed court's order regarding dismissal of unserved defendants. | $450.00 | 0.1 | $45.00 |
| 02/06/2024 | Legal Fee: Reviewed court's order regarding motions to dismiss. | $450.00 | 0.1 | $45.00 |
| 02/07/2024 | Legal Fee: Got affidavit of service back from process server, filed same. | $450.00 | 0.1 | $45.00 |
| 03/07/2024 | Legal Fee: Reviewed court's order regarding defaulting Defendant, calendared same. | $450.00 | 0.1 | $45.00 |
| 03/07/2024 | Legal Fee: Prepared and filed motion and affidavit for clerk's entry of default. Efiled same. | $450.00 | 0.7 | $315.00 |
| 03/08/2024 | Legal Fee: Reviewed clerk's entry of default. | $450.00 | 0.1 | $45.00 |
| 03/25/2024 | Legal Fee: Reviewed court's order regarding deadline | $450.00 | 0.1 | $45.00 |

| Date | Description | Rate | Qty | Line Total |
|---|---|---|---|---|
| | to file motion for default judgment, calendared same. | | | |
| 04/08/2024 | Legal Fee: Called client regarding defaulted, drafted her declaration and got same signed. Researched Arizona caselaw on defaults, emotional distress awards, attorneys fees and hourly rates | $450.00 | 4.4 | $1,980.00 |
| 04/08/2024 | Legal Fee: Emails back and forth with client regarding case. 4 emails. | $450.00 | 0.2 | $90.00 |
| 04/09/2024 | Legal Fee: Finished researching motion for default judgment. Drafted same. | $450.00 | 3.8 | $1,710.00 |
| | | Time Entries Total: | 14.7 | $6,615.00 |

## Expense Entries

| Date | Description | Rate | Qty | Line Total |
|---|---|---|---|---|
| 02/05/2024 | Filing Fee: | $405.00 | 1.00 | $405.00 |
| 02/09/2024 | Process Server: | $90.00 | 1.00 | $90.00 |
| | | Expenses Total: | 2 | $495.00 |

| | |
|---|---|
| Total | $7,110.00 |
| Amount Due | $7,110.00 |

## Outstanding Invoices

| Number | Due Date | Amount | Payments | Balance |
|---|---|---|---|---|
| 00062 (current) | 05/09/2024 | $7,110.00 | $0.00 | $7,110.00 |
| | | | Outstanding Balance | $7,110.00 |