Yitzchak Zelman, Esq.
Arizona Bar Number: 5086509
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone:      (732) 695-3282
Fax:         (732)298-6256
Email:       yzelman@marcuszelman.com
*Attorney for Plaintiff Patricia Hubbard*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Patricia Hubbard, | Civil Case Number: |
|---|---|
| Plaintiff, | 2:24-cv-00237-JJT |
| -against- | |
| Zions Debt Holdings, LLC, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 10, 2024 a copy of the

MOTION FOR DEFAULT JUDGMENT

will be served upon the following, via first class mail:

Zions Debt Holdings, LLC
299 E 950 S St.,
Orem, UT 84058

**MARCUS ZELMAN, LLC**

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By:__/s/ Yitzchak Zelman_____
Yitzchak Zelman, Esq. (YZ5857)
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone:       (732) 695-3282
Fax:         (732) 298-6256
Attorneys for Plaintiff