IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Hubbard,<br><br>                                  **Plaintiff,**<br><br>-against-<br><br>Zions Debt Holdings, LLC,<br><br>                                 **Defendant.** | **Civil Case Number:**<br>**2:24-cv-00237-JJT**<br><br>**(PROPOSED) JUDGMENT** |

This action having been commenced on February 5, 2024 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $6,000 for her statutory and actual damages, plus an additional amount of $7,110 in attorneys fees and costs, amounting to a total judgment in favor of the Plaintiff in the amount of to $13,110, with interest to accrue at the statutory rate.

SO ORDERED ON THIS _____ DAY OF \_\_\_\_\_, 2024.

_____
HONORABLE JOHN J. TUCHI
UNITED STATES DISTRICT JUDGE